

1994 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-22-1994

# Bailey v. Snyder

Precedential or Non-Precedential:

Docket 93-9002

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1994

Recommended Citation

"Bailey v. Snyder" (1994). *1994 Decisions.* Paper 120.
http://digitalcommons.law.villanova.edu/thirdcircuit_1994/120

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1994 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

NO. 93-9002

_____


BILLIE BAILEY,

Appellant

v.

ROBERT SNYDER, Warden,
Delaware Correctional Center

_____

Present:   SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN,
          GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO,
          ROTH, LEWIS, and McKEE, Circuit Judges.


O R D E R


        A majority of the active judges having voted for

rehearing in banc in the above appeal, it is

        O R D E R E D  that the Clerk of this Court list the

above case for rehearing in banc at the convenience of the court.
                        By the Court,


                        \s\ Dolores K. Sloviter
                        Chief Judge



Dated: August 22, 1994